IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COMDIAL CORPORATION, | ) | Case No. 05-11492 (MFW) |
| a Delaware corporation, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors appears in the above-captioned case and requests pursuant to §1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) (the "Bankruptcy Rules"), that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

| | |
|---|---|
| **JASPAN SCHLESINGER HOFFMAN LLP** | **PLATZER, SWERGOLD, KARLIN, LEVINE,** |
| 913 Market Street, 12th Floor | **GOLDBERG & JASLOW, LLP** |
| Wilmington, DE 19801 | 1065 Avenue of the Americas |
| Attn: Frederick B. Rosner, Esq. | New York, New York 10018 |
| Telephone: (302) 351-8000 | Attn: Sydney G. Platzer, Esq. |
| Facsimile: (302) 351-8010 | Clifford A. Katz, Esq. |
| e-mail: frosner@jshllp-de.com | Telephone: (212) 593-3000 |
| Local Counsel to Creditors' Committee | Facsimile: (212) 593-0353 |
| | e-mail: splatzer@platzerlaw.com |
| | ckatz@platzerlaw.com |
| | Primary Counsel to Creditors' Committee |

---

[1] The Debtors are the following nine entities: Comdial Corporation, Array Telecom Corporation, Aurora Systems, Inc., Comdial Business Communications Corporation, Comdial Enterprise Systems, Inc., Comdial Real Estate Co., Inc., Comdial Telecommunications International, Inc., Key Voice Technologies, Inc. and Comdial Acquisition Corporation.

#13679

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet, or otherwise filed or made with regard to the above-captioned cases.

Dated: June 8, 2005
Wilmington, Delaware

**JASPAN SCHLESINGER HOFFMAN LLP**

By: */s/ Frederick B. Rosner*
Frederick B. Rosner (No. 3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010

- and -

Sydney G. Platzer
Clifford A. Katz
**PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP**
1065 Avenue of the Americas
New York, NY 10018
Telephone: (212) 593-3000
Facsimile: (212) 593-0353

Proposed Counsel for the Official
Committee of Unsecured Creditors